UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| MELISSA YATES,<br><br>    Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY,<br>Commissioner Of Social Security,<br><br>    Defendant. | Civil Action No. 1:24-cv-00012 |

### ORDER

AND NOW, this 29th day of August, 2024, upon consideration of Defendant's Motion to Remand, it is hereby ORDERED that said motion is granted, and the case is remanded to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further administrative action consistent with Defendant's motion.

BY THE COURT:

_____
Senior United States District Judge